**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

LISA N.,[1]

Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 26-CV-3494 (JFD)

**ORDER**

---

This case is before the Court on Plaintiff Lisa N.'s Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2). For the reasons below, the Court denies the application without prejudice.

"The central question is whether the [plaintiff] can afford the costs of proceeding without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Just.*, 70 F.3d 1268, 1995 WL 696702, at *1 (5th Cir. 1995) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948)). Plaintiff reports receiving $6,859.52 per month in income from her spouse's employment and having approximately $11,859 in her checking and savings accounts. (Appl. at 2–3.) Plaintiff also reports her monthly expenses to be approximately $5,100 per month. (*Id.* at 4.) By her own account, then, Plaintiff's income substantially exceeds her expenses, and she has liquid assets from which to pay the filing fee for this matter. Moreover, as Plaintiff indicates no

[1] The District of Minnesota has adopted a policy of using only the first name and last initial of nongovernmental parties in Social Security cases.

dependents, her reported income exceeds 200% of the federal poverty line for a household of two individuals living in the State of Minnesota. Plaintiff also indicates she will need to buy a new vehicle in the next 12 months. However, on this record, the Court cannot find that denying Plaintiff's Application would cause undue hardship or deprive her of life's necessities.

The Court therefore denies the Application. Plaintiff must pay the $405.00 filing fee for this matter within 21 days of the date of this Order, failing which it will be recommended that this matter be dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. Plaintiff Lisa N.'s Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. No. 2) is **DENIED**.

2. Within 21 days of the date of this Order, Plaintiff must pay the $405.00 filing fee for this action. Failure to do so will result in a recommendation that this matter be dismissed without prejudice for failure to prosecute.

Dated: September 3, 2026

_*s/ John F. Docherty*_________
JOHN F. DOCHERTY
United States Magistrate Judge